# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NEWTEK SMALL BUSINESS FINANCE, LLC, | : |
| *Plaintiff,* | : CIVIL ACTION |
| | : |
| v. | : |
| | : |
| TEXAS FIRST CAPITAL, INC., | : |
| *Defendant.* | : NO. 22-2461 |

## ORDER

**AND NOW**, this **6th** day of **February 2025**, upon consideration of Defendant's Motion to Dismiss (ECF No. 15), and the corresponding briefing, it is **hereby ORDERED** that for the reasons stated in the accompanying Memorandum, the Motion to Dismiss (ECF No. 15) is **GRANTED** and Plaintiff's Amended Complaint (ECF No. 14) is **DISMISSED WITH PREJUDICE.** The Clerk of Court is directed to close this case for all purposes, including statistics.

BY THE COURT:

_____
**HON. KAI N. SCOTT**
**United States District Court Judge**